# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **11−33754−dof**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Paul M Ockenfels
    4227 Elmdorf Dr
    Flint, MI 48504

Social Security No.:
    xxx−xx−7387

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**January 23, 2012**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 10/25/11

                                    BY THE COURT


                                    Katherine B. Gullo , Clerk of Court
                                    UNITED STATES BANKRUPTCY COURT

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                              Case No. 11-33754-dof
Paul M Ockenfels                                                    Chapter 7
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0645-4         User: tclay                 Page 1 of 2                  Date Rcvd: Oct 25, 2011
                             Form ID: ntctfclm           Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2011.
db          +Paul M Ockenfels,    4227 Elmdorf Dr,    Flint, MI 48504-1330
20364973    +67-1st,   1415 Flushing Rd,    Case No. GCA0801857,    Flushing, MI 48433-2228
20364974    +68th,   4400 S. Saginaw St.,    Ste 1250,   Case No. 11-0201-GC,    Flint, MI 48507-2679
20364975    +68th Dist Court,    630 S. Saginaw St,    Case No. 95082GC,    Flint, MI 48502-1526
20364978    +Account Services,    1802 NE Loop 410, Ste 400,    San Antonio, TX 78217-5298
20336597    +Cedarcrest Fund LP,    C/O Roosen, Varchetti & Olivier, PLLC,    PO Box 380170,
              Clinton Township, MI 48038-0061
20364982     Charter Township of Mt Morris,    G-5447 Bicentennial Dr,    Mount Morris, MI 48458
20364983    +Citifinancial,    300 Saint Paul PL,    BSP13A,   Baltimore, MD 21202-2120
20364988     DLG & Associates, Inc.,    Portage, MI
20364989    +Enhanced Recovery Company LLC,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
20364990     First Fed Credit Control,    2470 Chagrin Blvd,    Ste 205,   Beachwood, OH 44122
20364991    +Gray & Gray PC,    PO Box 2375,   Portage, MI 49081-2375
20364992    +Interbay Funding, LLC,    2601 S Bayshore Dr 4th FL,    Miami, FL 33133-5417
20364993    +M & M Credit,    6324 Taylor Dr,   Flint, MI 48507-4680
20364994    +Mary Jane M. Elliott P.C.,    24300 Karim Blvd,    Novi, MI 48375-2942
20364996    +NCO Financial,    507 Prudential Rd,    Horsham, PA 19044-2368
20364998    +NCO Financial Systems, Inc.,    PO Box 15270,    Dept 55,   Wilmington, DE 19850-5270
20364997    +NCo Financial Systems, Inc.,    30600 Telegraph Rd,    Suite 4235,    Franklin, MI 48025-5815
20364995    +National City,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
20365000     Russell Collection Agency,    PO Box 7009,   Flint, MI 48507-0009
20365001    +Russell Collection Agency,    PO Box 7009,   G3285 Van Slyke Rd,    Flint, MI 48507-3278
20365003    +Spiwin Company,    PO Box 630,   Wyandotte, MI 48192-0630
20365004    +UCB Collections,    5620 Southwyck Blvd,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20364979    +EDI: AFNIRECOVERY.COM Oct 26 2011 08:03:00     AFNI,    PO Box 3097,    Bloomington, IL 61702-3097
20364976    +E-mail/Text: hdupuis@ar-s.net Oct 26 2011 08:13:35     Account Receivable Solution,    PO Box 184,
              Saint Johns, MI 48879-0184
20364977    +E-mail/Text: hdupuis@ar-s.net Oct 26 2011 08:13:35     Account Receivable Solution,
              304 N Clinton Ave.,    POB 184,   Saint Johns, MI 48879-0184
20364980    +EDI: BANKAMER2.COM Oct 26 2011 08:03:00     Bank of America,    PO Box 17054,
              Wilmington, DE 19850-7054
20364984    +EDI: CREDPROT.COM Oct 26 2011 08:03:00     Credit Protection Association,
              13355 Noel Rd, Ste 2100,    Dallas, TX 75240-6837
20364985    +E-mail/Text: csimqt@csipays.com Oct 26 2011 08:13:49     Credit Services Inc.,    PO Box 247,
              Hancock, MI 49930-0247
20364987     EDI: DISCOVER.COM Oct 26 2011 08:03:00     Discover FINCL SVC LLC,    POB 15316,
              Wilmington, DE 19850
20364986    +EDI: DTEE.COM Oct 26 2011 08:03:00     Detroit Edison,    3200 Hobson Street,
              Detroit, MI 48201-2927
20364989    +E-mail/Text: bknotice@erccollections.com Oct 26 2011 08:14:11     Enhanced Recovery Company LLC,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
20364999     EDI: PRA.COM Oct 26 2011 08:03:00     Portfolio Recovery,    120 Corporate Blvd,
              Norfolk, VA 23502
20365002    +E-mail/PDF: bankruptcy@senexco.com Oct 26 2011 08:26:49     Senex Services,    3500 Depauw Blvd S,
              Indianapolis, IN 46268-6135
20365006    +EDI: AFNIVZWIRE.COM Oct 26 2011 08:03:00     Verizon Wireless,    PO Box 26055,
              Minneapolis, MN 55426-0055
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
20364981*   +Cedarcrest Fund LP,    C/O Roosen, Varchetti & Olivier, PLLC,    PO Box 380170,
              Clinton Township, MI 48038-0061
20365005*    UCB Collections,    5620 Southwyck Blvd,    Toledo, OH 43614-1501
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2011**　　　　　　　**Signature:**　　　*Joseph Speetjens*