UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:

    Paul Ockenfels,                      Bankruptcy Case Number 11-33754
                                               Honorable Daniel S. Opperman
              Debtor.                          Chapter 7
_____/
Samuel D. Sweet, Trustee

        Plaintiff,

v.                                                      Adversary Proceeding No. 11-3506

Ron A. Kvasnica
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2011 I electronically filed Defendant Ron A. Kvasnica's Answer to Trustee's Complaint to Avoid Preferential Transfers Pursuant to 11 U.S.C. 547 with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

      Samuel D. Sweet        ssweet@trusteesweet.us

      John L. Topping         jt.dmmbky@yahoo.com


Date: November 9, 2011

                                        **/s/Sherri L. Belknap**
                                        Sherri L. Belknap  P58386
                                        UAW-GM Legal Services Plan
                                        5125 Exchange Drive
                                        Flint, MI 48507
                                        Phone: 810-257-0430
                                        sherribe@uawlsp.com